# EXHIBIT A

**Exhibit A**

## Doe #1 (151.202.98.222 2005-07-29 02:30:59 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Under the Bridge | Blood Sugar Sex Magik | 135-276 |
| Capitol Records, Inc. | Beastie Boys | Get It Together | Ill Communication | 213-461 |
| Virgin Records America, Inc. | Janet Jackson | I Get Lonely | The Velvet Rope | 261-516 |
| UMG Recordings, Inc. | Sting | Russians | The Dream Of The Blue Turtles | 65-041 |
| UMG Recordings, Inc. | Sublime | Under My Voodoo | Sublime | 224-105 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Is It a Crime | Promise | 71-848 |
| Arista Records LLC | TLC | Red Light Special | CrazySexyCool | 198-743 |
| BMG Music | Jerry Rivera | Quiero | Rivera | 291-696 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Affirmative Action | It Was Written | 220-016 |
| Fonovisa, Inc. | Banda El Limon | Que Se Te Olvido | Me Caiste Del Cielo | 234-188 |

**Exhibit A**

**Doe #2 (151.202.104.201 2005-07-22 16:34:36 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Motown Record Company, L.P. | Lionel Richie | All Night Long | Can't Slow Down | 49-235 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | If You Had My Love | On The 6 | 267-571 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Bolton | How Am I Supposed To Live Without You | Soul Provider | 106-829 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Don't Stop Til You Get Enough | Off The Wall | 11-120 |
| SONY BMG MUSIC ENTERTAINMENT | Ricky Martin | She Bangs | Sound Loaded | 305-060 |
| SONY BMG MUSIC ENTERTAINMENT | Ricky Martin | Maria | Ricky Martin | 278-159 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Hang On To your Love | Diamond Life | 69-105 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Jezebel | Promise | 71-848 |

**Exhibit A**

**Doe #3 (162.83.239.134 2005-07-22 20:02:50 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
| --- | --- | --- | --- | --- |
| Capitol Records, Inc. | Blondie | Heart of Glass | Parallel Lines | 4-090 |
| UMG Recordings, Inc. | Nirvana | Pennyroyal Tea | In Utero | 172-276 |
| UMG Recordings, Inc. | U2 | New Year's Day | War | 42-944 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | I Love You, Goodbye | Celine Dion | 144-117 |
| SONY BMG MUSIC ENTERTAINMENT | Marc Anthony | My Baby You | Marc Anthony | 284-194 |
| SONY BMG MUSIC ENTERTAINMENT | Ricky Martin | Maria | Ricky Martin | 278-159 |
| BMG Music | Cristian | Azul | Azul | 215-047 |
| Capitol Records, Inc. | Norah Jones | Turn Me On | Come Away With Me | 320-120 |
| UMG Recordings, Inc. | Shaggy | It Wasn't Me | Hot Shot | 286-657 |
| Fonovisa, Inc. | Banda El Recodo | Si Quieres | Desde El Cielo Y Para Siempre | 221-534 |
| Fonovisa, Inc. | Cristian | No Podras | Agua Nueva | 143-920 |
| Fonovisa, Inc. | Los Temerarios | Te Quiero | Te Quiero | 233-242 |

**Exhibit A**

## Doe #4 (162.84.184.214 2005-07-18 00:35:07 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Elton John | Something About The Way You Look Tonight | The Big Picture | 248-256 |
| UMG Recordings, Inc. | Shania Twain | From This Moment On | Come On Over | 243-502 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Nastradamus | Nastradamus | 276-132 |
| SONY BMG MUSIC ENTERTAINMENT | Will Smith | Big Willie Style | Big Willie Style | 249-123 |
| BMG Music | Dave Matthews Band | What Would You Say | Under the Table and Dreaming | 285-688 |
| BMG Music | Martina McBride | I Love You | Emotion | 269-161 |

**Exhibit A**

## Doe #5 (141.157.101.80 2005-07-19 01:15:47 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Dru Hill | 5 Steps | Dru Hill | 227-760 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Bills, Bills, Bills | The Writing's on the Wall | 268-936 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Breakdown | Butterfly | 244-014 |
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | Whenever Wherever Whatever | Maxwell's Urban Hang Suite | 221-404 |
| Arista Records LLC | Whitney Houston | I Learned From The Best | My Love is Your Love | 298-453 |
| Arista Records LLC | Whitney Houston | I Believe In You And Me | Preacher's Wife Soundtrack | 242-260 |
| Arista Records LLC | Whitney Houston | Where Do Broken Hearts Go | Whitney | 89-966 |
| Arista Records LLC | Whitney Houston | You Give Good Love | Whitney Houston | 60-716 |
| Arista Records LLC | Whitney Houston | Same Script, Different Cast | Whitney The Greatest Hits | 284-891 |
| Capitol Records, Inc. | Norah Jones | Shoot the Moon | Come Away With Me | 320-120 |
| Arista Records LLC | Toni Braxton | You Mean the World to Me | Toni Braxton | 208-619 |

**Exhibit A**

**Doe #6 (68.160.222.172 2005-07-19 13:54:35 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Missy Elliot | Beep Me 911 | Supa Dupa Fly | 245-232 |
| Interscope Records | Ruff Ryders | Down Bottom | Ryde Or Die Compilation Volume 1 | 179-239 |
| UMG Recordings, Inc. | LL Cool J | Mama Said Knock You Out | Mama Said Knock You Out | 123-555 |
| UMG Recordings, Inc. | Method Man & Redman | How High | Blackout! | 271-723 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | My All | Butterfly | 244-014 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Hate Me Now | I Am | 175-149 |
| Arista Records LLC | TLC | Unpretty | Fanmail | 298-454 |
| Arista Records LLC | Usher | Nice and Slow | My Way | 257-730 |
| Capitol Records, Inc. | Beastie Boys | Body Movin' | Hello Nasty | 277-731 |

**Exhibit A**

**Doe #7 (68.237.122.180 2005-07-20 05:12:41 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Under the Bridge | Blood Sugar Sex Magik | 135-276 |
| Warner Bros. Records Inc. | Seal | Kiss From A Rose | Seal | 194-147 |
| Capitol Records, Inc. | Beastie Boys | Intergalactic | Hello Nasty | 277-731 |
| Virgin Records America, Inc. | Enigma | Gravity Of Love | The Screen Behind The Mirror | 277-091 |
| UMG Recordings, Inc. | Godsmack | Moon Baby | Godsmack | 241-879 |
| UMG Recordings, Inc. | Shania Twain | You've Got A Way | Come On Over | 243-502 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Got The Life | Follow the Leader | 263-749 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Someday | Mariah Carey | 118-408 |
| UMG Recordings, Inc. | Ludacris | Roll Out | Word of Mouf | 304-605 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Nice to Know You | Morning View | 306-181 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | A Certain Shade of Green | SCIENCE | 249-690 |

**Exhibit A**

### Doe #8 (209.158.211.135 2005-07-20 19:13:44 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Bonnie Raitt | Something to Talk About | Luck of the Draw | 133-193 |
| Capitol Records, Inc. | Grand Funk Railroad | Some Kind of Wonderful | All the Girls in the World Beware!!! | N-20414 |
| UMG Recordings, Inc. | Blink-182 | I'm Sorry | Dude Ranch | 243-969 |
| UMG Recordings, Inc. | Blink-182 | All the Small Things | Enema of the State | 279-826 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | You Were Mine | Wide Open Spaces | 252-000 |
| Arista Records LLC | Usher | Nice and Slow | My Way | 257-730 |
| BMG Music | Lonestar | Tell Her | Lonely Grill | 187-003 |
| Capitol Records, Inc. | Norah Jones | Turn Me On | Come Away With Me | 320-120 |

**Exhibit A**

**Doe #9 (68.237.123.47 2005-07-20 20:19:41 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Eddie Santiago | Lluvia | Musical de Eddie Santiago | 212-161 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Freak On a Leash | Follow the Leader | 263-749 |
| BMG Music | Tyrese | Lately | Tyrese | 237-788 |
| UMG Recordings, Inc. | Dru Hill | These Are The Times | Enter the Dru | 290-402 |
| Arista Records LLC | Avril Lavigne | I'm With You | Let Go | 312-786 |

**Exhibit A**

**Doe #10 (151.204.140.125 2005-07-20 20:57:52 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Tamia | Stranger In My House | A Nu Day | 293-084 |
| Interscope Records | Dr. Dre | Forgot About Dre | 2001 | 277-983 |
| Arista Records LLC | Ace of Base | Don't Turn Around | The Sign | 169-749 |
| Arista Records LLC | No Mercy | Where Do You Go | No Mercy | 251-426 |
| UMG Recordings, Inc. | Ludacris | Move Bitch | Word of Mouf | 304-605 |

**Exhibit A**

**Doe #11 (141.157.232.10 2005-07-21 02:08:01 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Missy Elliot | Beep Me 911 | Supa Dupa Fly | 245-232 |
| Interscope Records | Eminem | Drug Ballad | The Marshall Mathers LP | 287-944 |
| Interscope Records | Eminem | Brain Damage | The Slim Shady LP | 262-686 |
| Interscope Records | Ruff Ryders | Down Bottom | Ryde Or Die Compilation Volume 1 | 179-239 |
| UMG Recordings, Inc. | Method Man & Redman | How High | Blackout! | 271-723 |
| SONY BMG MUSIC ENTERTAINMENT | Allure | All Cried Out | Allure | 241-069 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | My All | Butterfly | 244-014 |
| Arista Records LLC | TLC | Unpretty | Fanmail | 298-454 |
| Arista Records LLC | Usher | Nice and Slow | My Way | 257-730 |
| Capitol Records, Inc. | Beastie Boys | Body Movin' | Hello Nasty | 277-731 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | The Message | It Was Written | 220-016 |

**Exhibit A**

**Doe #12 (68.237.46.156 2005-07-21 22:26:08 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Motown Record Company, L.P. | Boyz II Men | I'll Make Love to You | II | 196-004 |
| UMG Recordings, Inc. | Dru Hill | Never Make A Promise | Dru Hill | 227-760 |
| UMG Recordings, Inc. | Guns N Roses | November Rain | Use Your Illusion I | 134-647 |
| SONY BMG MUSIC ENTERTAINMENT | Ricky Martin | Nobody Wants To Be Lonely | Sound Loaded | 305-060 |
| Atlantic Recording Corporation | Trick Daddy | Take It to da House | Thugs Are Us | 303-748 |
| Arista Records LLC | Usher | Bedtime | My Way | 257-730 |

**Exhibit A**

**Doe #13 (68.161.57.104 2005-07-25 02:40:40 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | After 7 | Heat of the Moment | After 7 | 112-721 |
| Virgin Records America, Inc. | Beenie Man | Art and Life | Art And Life | 284-383 |
| Motown Record Company, L.P. | Boyz II Men | It's So Hard to Say Goodbye to Yesterday | Cooleyhighharmony | 212-333 |
| UMG Recordings, Inc. | Jodeci | Come and Talk to Me | Forever My Lady | 129-912 |
| UMG Recordings, Inc. | Mary J. Blige | Deep Inside | Mary | 268-503 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Emotions | Emotions | 134-831 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Thank God I Found You | Rainbow | 276-595 |
| Arista Records LLC | Usher | You Make Me Wanna | My Way | 257-730 |
| Atlantic Recording Corporation | Trick Daddy | I'm A Thug | Thugs Are Us | 303-748 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | One Mic | Stillmatic | 305-698 |
| Arista Records LLC | TLC | No Scrubs | Fanmail | 298-454 |

**Exhibit A**

**Doe #14 (66.171.170.16 2005-07-25 20:02:43 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Linkin Park | One Step Closer | Hybrid Theory | 288-402 |
| Warner Bros. Records Inc. | Madonna | Like a Virgin | Like a Virgin | 59-442 |
| Capitol Records, Inc. | Blondie | One Way Or Another | Parallel Lines | 4-090 |
| Interscope Records | No Doubt | Don't Speak | Tragic Kingdom | 206-724 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | It's All Coming Back To Me Now | Falling Into You | 224-159 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Against All Odds | Rainbow | 276-595 |
| Arista Records LLC | Clipse | Grindin' | Lord Willin' | 321-673 |
| Arista Records LLC | Toni Braxton | Un-Break My Heart | Secrets | 233-892 |
| BMG Music | Christina Aguilera | Genie in a Bottle | Christina Aguilera | 274-004 |
| UMG Recordings, Inc. | Ludacris | Move Bitch | Word of Mouf | 304-605 |
| Arista Records LLC | Avril Lavigne | Complicated | Let Go | 312-786 |

**Exhibit A**

**Doe #15 (68.160.211.135 2005-07-26 02:13:46 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Phil Collins | In The Air Tonight | Face Value | 24-682 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Thank God I Found You | Rainbow | 276-595 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Human Nature | Thriller | 41-965 |
| Arista Records LLC | Whitney Houston | My Love Is Your Love | My Love is Your Love | 298-453 |
| UMG Recordings, Inc. | Dru Hill | How Deep Is Your Love | Enter the Dru | 290-402 |
| Arista Records LLC | TLC | No Scrubs | Fanmail | 298-454 |

**Exhibit A**

**Doe #16 (162.84.229.46 2005-07-27 16:04:03 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Blondie | Heart of Glass | Parallel Lines | 4-090 |
| Virgin Records America, Inc. | Shaggy | Boombastic | Boombastic | 222-048 |
| UMG Recordings, Inc. | Nirvana | Pennyroyal Tea | In Utero | 172-276 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | I Love You, Goodbye | Celine Dion | 144-117 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | Falling Into You | Falling Into You | 224-159 |
| SONY BMG MUSIC ENTERTAINMENT | Marc Anthony | My Baby You | Marc Anthony | 284-194 |
| SONY BMG MUSIC ENTERTAINMENT | Ricky Martin | Maria | Ricky Martin | 278-159 |
| BMG Music | Cristian | Azul | Azul | 215-047 |
| UMG Recordings, Inc. | Shaggy | It Wasn't Me | Hot Shot | 286-657 |
| Fonovisa, Inc. | Banda El Recodo | Si Quieres | Desde El Cielo Y Para Siempre | 221-534 |
| Fonovisa, Inc. | Los Temerarios | Te Quiero | Te Quiero | 233-242 |

**Exhibit A**

**Doe #17 (151.202.77.44 2005-07-28 18:43:20 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Madonna | Material Girl | Like a Virgin | 59-442 |
| UMG Recordings, Inc. | 98 Degrees | My Everything | Revelation | 270-025 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | All By Myself | Falling Into You | 224-159 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Say My Name | The Writing's on the Wall | 268-936 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| Arista Records LLC | Usher | You Make Me Wanna | My Way | 257-730 |
| BMG Music | Cristian | Mi Vida Sin Tu Amor | Mi Vida Sin Tu Amor | 291-400 |
| BMG Music | O-Town | All Or Nothing | O-Town | 294-872 |
| Arista Records LLC | TLC | No Scrubs | Fanmail | 298-454 |

**Exhibit A**

**Doe #18 (66.171.158.167 2005-07-28 19:46:28 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Jewel | Angel Standing By | Pieces of You | 198-481 |
| UMG Recordings, Inc. | Sheryl Crow | Strong Enough | Tuesday Night Music Club | 209-823 |
| Arista Records LLC | Kenny G | Winter Wonderland | Miracles | 206-848 |
| Capitol Records, Inc. | Norah Jones | Cold Cold Heart | Come Away With Me | 320-120 |
| Arista Records LLC | Avril Lavigne | Losing Grip | Let Go | 312-786 |

**Exhibit A**

**Doe #19 (68.161.86.238 2005-07-28 22:32:16 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Madonna | Don't Tell Me | Music | 285-828 |
| Capitol Records, Inc. | Bob Seger | Roll Me Away | Distance | 43-102 |
| Capitol Records, Inc. | Bob Seger | Against the Wind | Against the Wind | 17-910 |
| UMG Recordings, Inc. | U2 | Where The Streets Have No Name | The Joshua Tree | 78-949 |
| Maverick Recording Company | Michelle Branch | You Get Me | The Spirit Room | 303-732 |

**Exhibit A**

**Doe #20 (151.196.33.98 2005-07-29 03:22:19 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | The Cure | Close to Me | The Head on the Door | 65-872 |
| Capitol Records, Inc. | Marcy Playground | Sex and Candy | Marcy Playground | 240-954 |
| UMG Recordings, Inc. | Sublime | Seed | Sublime | 224-105 |
| Arista Records LLC | Phil Vassar | Just Another Day In Paradise | Phil Vassar | 284-145 |
| BMG Music | Kenny Chesney | She's Got It All | I Will Stand | 238-371 |
| BMG Music | Alabama | Born Country | Born Country | 235-743 |
| BMG Music | Alabama | She And I | Greatest Hits | 74-017 |
| BMG Music | Alabama | Close Enough To Perfect | Mountain Music | 45-289 |
| BMG Music | Alabama | High Cotton | Southern Star | 100-925 |
| BMG Music | Andy Griggs | She's More | You Won' t Ever Be Lonely | 264-271 |
| BMG Music | Clint Black | A Better Man | Killin' Time | 105-436 |

**Exhibit A**

**Doe  #21 (162.83.222.99 2005-07-29 04:01:43 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Madonna | Material Girl | Like a Virgin | 59-442 |
| Warner Bros. Records Inc. | Madonna | Don't Tell Me | Music | 285-828 |
| Virgin Records America, Inc. | Spice Girls | Spice Up Your Life | Spiceworld | 261-523 |
| UMG Recordings, Inc. | Dru Hill | 5 Steps | Dru Hill | 227-760 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Close My Eyes | Butterfly | 244-014 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Vision Of Love | Mariah Carey | 118-408 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Man In The Mirror | Bad | 84-256 |
| Arista Records LLC | TLC | If I Was Your Girlfriend | CrazySexyCool | 198-743 |
| BMG Music | Tyrese | Lately | Tyrese | 237-788 |
| Interscope Records | Eve | Let Me Blow Ya Mind | Scorpion | 293-364 |

**Exhibit A**

**Doe #22 (68.236.145.93 2005-08-01 09:59:45 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | George Strait | Murder On Music Row | Latest Greatest Straitest Hits | 278-184 |
| UMG Recordings, Inc. | Ja Rule | Let's Ride | Venni Vetti Vecci | 174-722 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Open Arms | Escape | 30-088 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Blind | Korn | 201-939 |
| Arista Records LLC | Alan Jackson | Midnight In Montgomery | Don't Rock the Jukebox | 138-302 |
| Arista Records LLC | Alan Jackson | There Goes | Everything I Love | 227-719 |
| Arista Records LLC | Alan Jackson | Summertime Blues | Who I Am | 202-090 |
| UMG Recordings, Inc. | Ja Rule | Love Me Hate Me | Rule 3:36 | 270-080 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Affirmative Action | It Was Written | 220-016 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Rule | Stillmatic | 305-698 |
| Arista Records LLC | TLC | No Scrubs | Fanmail | 298-454 |

**Exhibit A**

**Doe #23 (141.157.65.79 2005-08-01 22:52:34 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | The Cure | Close to Me | The Head on the Door | 65-872 |
| Capitol Records, Inc. | Marcy Playground | Sex and Candy | Marcy Playground | 240-954 |
| UMG Recordings, Inc. | Sublime | Seed | Sublime | 224-105 |
| Arista Records LLC | Phil Vassar | Just Another Day In Paradise | Phil Vassar | 284-145 |
| BMG Music | Kenny Chesney | She's Got It All | I Will Stand | 238-371 |
| BMG Music | Alabama | Close Enough To Perfect | Mountain Music | 45-289 |
| BMG Music | Alabama | Down Home | Pass it on Down | 121-480 |
| BMG Music | Alabama | High Cotton | Southern Star | 100-925 |
| BMG Music | Andy Griggs | She's More | You Won' t Ever Be Lonely | 264-271 |
| BMG Music | Clint Black | A Better Man | Killin' Time | 105-436 |

**Exhibit A**

**Doe #24 (68.237.116.165 2005-08-03 01:47:45 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Madonna | Material Girl | Like a Virgin | 59-442 |
| Capitol Records, Inc. | Blondie | Heart of Glass | Parallel Lines | 4-090 |
| Motown Record Company, L.P. | 98 Degrees | Invisible Man | 98 Degrees | 249-152 |
| Motown Record Company, L.P. | Rick James | Super Freak | Street Songs | 25-800 |
| UMG Recordings, Inc. | Blink-182 | I'm Sorry | Dude Ranch | 243-969 |
| UMG Recordings, Inc. | Blink-182 | All the Small Things | Enema of the State | 279-826 |
| UMG Recordings, Inc. | DMX | Party Up | ...And Then There Was X | 279-017 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| BMG Music | O-Town | All Or Nothing | O-Town | 294-872 |
| BMG Music | Christina Aguilera | Reflection | Christina Aguilera | 274-004 |

**Exhibit A**

**Doe #25 (151.202.66.226 2005-08-03 18:17:45 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Tracy Chapman | Fast Car | Tracy Chapman | 92-491 |
| UMG Recordings, Inc. | Blink-182 | Dammit | Dude Ranch | 243-969 |
| UMG Recordings, Inc. | Sublime | Caress Me Down | Sublime | 224-105 |
| Arista Records LLC | Outkast | Liberation | Aquemini | 264-092 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | The World is Yours | Illmatic | 207-177 |

**Exhibit A**

**Doe #26 (68.161.105.208 2005-08-05 10:04:02 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Interscope Records | Eve | Gotta Man | Let There Be Eve...Ruff Ryder's First Lady | 265-925 |
| Arista Records LLC | Next | Wifey | Welcome II Nextasy | 284-980 |
| Arista Records LLC | TLC | Red Light Special | CrazySexyCool | 198-743 |
| Maverick Recording Company | Michelle Branch | Goodbye to You | The Spirit Room | 303-732 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Nasty Girl | Survivor | 289-199 |

**Exhibit A**

**Doe #27 (151.205.96.114 2005-08-06 19:58:21 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Seal | Kiss From A Rose | Seal | 194-147 |
| SONY BMG MUSIC ENTERTAINMENT | Savage Garden | I Knew I Loved You | Affirmation | 276-120 |
| Arista Records LLC | Usher | Nice and Slow | My Way | 257-730 |
| BMG Music | Luther Vandross | I'd Rather | Luther Vandross | 298-047 |
| Capitol Records, Inc. | Norah Jones | Lonestar | Come Away With Me | 320-120 |
| UMG Recordings, Inc. | Shaggy | Angel | Hot Shot | 286-657 |
| Interscope Records | No Doubt | Underneath it All | Rock Steady | 305-872 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Nice to Know You | Morning View | 306-181 |