UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FONOVISA *ET AL.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.: 1:05-CV-1728-GK |
| | ) | |
| v. | ) | |
| | ) | |
| DOES 1-27, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS DOE

By this notice, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiffs hereby voluntarily dismiss Defendants Doe No. 13 and Doe No. 15 from this Action without prejudice. The corresponding IP address, dates and times that Plaintiffs used in the Complaint to describe the defendants are:

| Doe No. | IP address, date and time |
|---|---|
| 13 | 68.161.57.104 2005-07-25 02:40:40 |
| 15 | 68.160.211.135 2005-07-26 02:13:46 |

Respectfully Submitted,

Dated: November 4, 2005

_____
Peter E. Strand (D.C. Bar No. 481870)
Shook, Hardy & Bacon L.L.P.
Hamilton Square
600 14th Street, NW
Suite 800
Washington, D.C. 20005-2004
Telephone: (202) 783-8400
Facsimile:  (202) 783-4211
PStrand@shb.com

Attorney for Plaintiffs