UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FONOVISA, *ET AL.*, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DOES 1-27, )<br>)<br>)<br>Defendants. ) | Civil Action No.:  1:05-CV-1728-GK |

## ORDER OF DISMISSAL

Upon the Plaintiffs' Voluntary Dismissal of Defendants Doe No. 13 and Doe No. 15 Without Prejudice from this Action, it is hereby

ORDERED that Plaintiffs' Complaint against Defendants Doe No. 13 and Doe No. 15 is hereby Dismissed Without Prejudice.

Date:_____          _____
                                UNITED STATES DISTRICT COURT JUDGE