UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FONOVISA, *ET AL.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>DOES 1-27,<br><br>　　　　　Defendants. | Civil Action No.: 1:05-CV-1728-GK |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS DOE

By this notice, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiffs hereby voluntarily dismiss Defendants Doe No. 9 and Doe No. 12 from this Action with prejudice. The corresponding IP address, dates and times that Plaintiffs used in the Complaint to describe the defendants are:

| Doe No. | IP address, date and time |
|---|---|
| 9 | 68.237.123.47 2005-07-20 20:19:41 |
| 12 | 68.237.46.156 2005-07-21 22:26:08 |

Respectfully Submitted,

Dated: November 21, 2005

/s/ Strand SP
Peter E. Strand (D.C. Bar No. 481870)
Shook, Hardy & Bacon L.L.P.
Hamilton Square
600 14th Street, NW
Suite 800
Washington, D.C. 20005-2004
Telephone: (202) 783-8400
Facsimile: (202) 783-4211
PStrand@shb.com

Attorney for Plaintiffs