UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FONOVISA, *ET AL.*,          )
                             )
                             )
                             )
          Plaintiffs,        )
                             )   Civil Action No.:  1:05-CV-1728-GK
     v.                      )
                             )
DOES 1-27,                   )
                             )
                             )
          Defendants.        )

## ORDER OF DISMISSAL

Upon the Plaintiffs' Voluntary Dismissal of Defendants Doe No. 9 and Doe No. 12 With Prejudice from this Action, it is hereby

ORDERED that Plaintiffs' Complaint against Defendants Doe No. 9 and Doe No. 12 is hereby Dismissed Without Prejudice.

Date:_____        _____
                            UNITED STATES DISTRICT COURT JUDGE