UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
FONOVISA, INC., et al.,            )
      Plaintiffs,                 )
                                   )
  v.                               )    Civil Action No.
                                   )    05-1728 (GK)
DOE, et al.,                       )
                                   )
      Defendants.                 )
_____)

### O R D E R

On August 31, 2005, Plaintiffs filed this copyright infringement action against 27 anonymous Defendants whom, they allege, have illegally used an online peer-to-peer media distribution system to download Plaintiffs' copyrighted works. See Compl. ¶ 21. On September 1, 2005, the Court granted Plaintiffs' Motion for Leave to Take Immediate Discovery [Dkt. #3] to facilitate their search for the true identities of the alleged infringers. Since that date, Plaintiffs have failed to effect service on any Defendant or to otherwise move the above-captioned case forward. When, as here,

> service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice . . . or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

Accordingly, it is hereby

**ORDERED** that Plaintiffs show cause no later than **January 31, 2006,** why the Complaint should not be dismissed for failure to prosecute.

|  |  |
|---|---|
| January 17, 2006 | /s/_____<br>GLADYS KESSLER<br>United States District Judge |

**Copies to**: **attorneys on record via ECF**