UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FONOVISA, *ET AL.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.: 1:05-CV-1728-GK |
| | ) | |
| v. | ) | |
| | ) | |
| DOES 1-27, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS DOE

By this notice, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiffs hereby voluntarily dismiss all remaining Defendants Doe from this Action without prejudice. The voluntary dismissal of all remaining defendants serves to terminate this Action.

Respectfully Submitted,

Dated: January 19, 2006

_____
Peter H. Strand (D.C. Bar No. 481870)
Shook, Hardy & Bacon L.L.P.
Hamilton Square
600 14th Street, NW
Suite 800
Washington, D.C. 20005-2004
Telephone: (202) 783-8400
Fascimile: (202) 783-4211
PStrand@shb.com

Attorney for Plaintiffs