UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FONOVISA, *ET AL.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.:  1:05-CV-1728-GK |
| v. | ) | |
| DOES 1-27, | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

Upon the Plaintiffs' Voluntary Dismissal of all remaining Defendants Doe Without Prejudice from this Action, it is hereby

ORDERED that Plaintiffs' Complaint against all remaining Defendants Doe is hereby Dismissed Without Prejudice.

Date:_____        _____
                              UNITED STATES DISTRICT COURT JUDGE