UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FONOVISA**, *et al.*, : | |
| : | |
| **Plaintinffs,** : | |
| : | |
| v.  : | Civil Action No. 05-1728 (GK) |
| : | |
| **DOES 1-27,** : | |
| : | |
| **Defendants.** : | |

### ORDER OF DISMISSAL

Upon the Plaintiffs' Voluntary Dismissal of all remaining Defendants Doe Without Prejudice from this Action, it is this 19th day of January, 2006, hereby

**ORDERED**, that Plaintiffs' Complaint against all remaining Defendants Doe is hereby **dismissed without prejudice**.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Gladys Kessler
　　　　　　　　　　　　　　　　　　　　United States District Judge

**Copies via ECF to all counsel of record**